No. 3302.—WM. A. BURNETT v. B. B. CLENEAY—W. F. WITHERELL, Intervenor and Appellant.

The lessor has a right of pledge on the movables on the plantation leased to secure the payment of the rent, which it is not necessary to have recorded in order to give it a preference over the privilege allowed by law to the purchaser of supplies.

APPEAL from the Fifth Judicial District Court, parish of East Baton Rouge. Posey, J. Fuqua & Callihan, for plaintiff and appellee. S. P. Greves, for intervenor and appellant.

HOWE, J. We see no error in this judgment. The intervenor claimed a privilege as furnisher of supplies to a plantation. The plaintiff claimed a privilege as lessor of the plantation. The judge a quo decided the contest in favor of plaintiff and rejected the demand of the intervenor for a concurrent privilege, on the ground, among others, that his privilege was not recorded in such way as to have effect against the plaintiff.

We consider it settled that the plaintiff's privilege, or more strictly, right of pledge, does not require to be recorded, but that the intervenor's does.

Judgment affirmed.